UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 20-259 JRT/LIB |
| Plaintiff, | 18 U.S.C. § 113(a)(6) |
| | 18 U.S.C. § 1151 |
| v. | 18 U.S.C. § 1153(a) |
| | 18 U.S.C. § 3559(f)(3) |
| EDWARD DUANE FAIRBANKS, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assault Resulting in Serious Bodily Injury)

On or about June 8, 2020, in the State and District of Minnesota, and within the exterior boundaries of the White Earth Indian Reservation, the defendant,

**EDWARD DUANE FAIRBANKS,**

an Indian, did assault a minor child, an individual who had not attained the age of 18 years, resulting in serious bodily injury, all in violation of Title 18, United States Code, Sections 113(a)(6), 1151, 1153(a), and 3559(f)(3).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON

SCANNED
NOV 06 2020
U.S. DISTRICT COURT MPLS