# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: LEO I. BRISBOIS |
| v. | U.S. Magistrate Judge |
| Edward Duane Fairbanks, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 20-cr-259 (JRT/LIB) |
| Date: | December 7, 2020 |
| Courthouse: | Duluth |
| Courtroom: | Zoom from Courtroom 3 |
| Court Reporter: | Digital Recording |
| Time Commenced: | 4:03 p.m. |
| Time Concluded: | 4:07 p.m. |
| Time in Court: | 4 minutes |

X **DETENTION HRG ONLY**

**APPEARANCES:**

| | |
|---|---|
| Plaintiff: | Deidre Y Aanstad, Assistant U.S. Attorney |
| Defendant: | Paul C Engh, CJA |
| Pretrial Services: | Houa Vang |

On   X Indictment

X   Government persists in its motion for pretrial detention.   X Granted.   Govt to submit proposed order.

Additional Information:

X Defendant waived the detention hearing.

X Defendant consents to this hearing via video conference.

X Defendant arraigned, see arraignment minutes and order.

s/JLB<br>
Signature of Criminal Duty Clerk